IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 2 3 2013

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| BRENT A. CARTER, | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL NO. B-09-099 |
| | § | |
| WESTPORT INSURANCE CORPORATION, | § | |
| ET AL., | § | |
| Defendants. | § | |

## ORDER

The Court has today issued its opinion regarding the duties owed by the Defendant to the Plaintiff under the Fourth and Fifth Amended Petitions in the underlying lawsuit. While perhaps contained in *dicta*, it should be clear from that opinion that the Court considers Carter to have been an insured, as that term is defined in the Westport policy, under the Sixth Amended Petition in the underlying lawsuit. That being the case, certain issues still appear to be unresolved. The Court hereby orders counsel to participate in a telephonic hearing on **October 28, 2013** at **1:30 p.m.** The Court's case manager will provide each counsel with the appropriate contact information. Each counsel should be prepared to address with the Court what topics remain to be resolved and the institution of a reasonable schedule to resolve those matters.

Signed this 23rd day of October, 2013.

Andrew S. Hanen
United States District Judge